# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

ASSOCIATION OF AMERICAN UNIVERSITIES; AMERICAN COUNCIL ON EDUCATION; ASSOCIATION OF PUBLIC AND LAND-GRANT UNIVERSITIES; ARIZONA BOARD OF REGENTS ON BEHALF OF ARIZONA STATE UNIVERSITY; BROWN UNIVERSITY; CALIFORNIA INSTITUTE OF TECHNOLOGY; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM ACTING BY AND THROUGH COLORADO STATE UNIVERSITY; CORNELL UNIVERSITY; THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS; THE JOHNS HOPKINS UNIVERSITY; UNIVERSITY OF MARYLAND, COLLEGE PARK; MASSACHUSETTS INSTITUTE OF TECHNOLOGY; UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION; UNIVERSITY OF WASHINGTON,
   Plaintiffs-Appellees,

v.

US DEPARTMENT OF DEFENSE; PETE HEGSETH, in the official capacity as Secretary of the US Department of Defense,
   Defendants-Appellants.

No. 25-2184

## UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), defendants-appellants U.S. Department of Defense and Pete Hegseth hereby move to dismiss this appeal, with each party to bear its own costs.  Counsel for plaintiffs-appellees have authorized us to state that they do not oppose this motion.

Respectfully submitted,

AUGUST E. FLENTJE
 /s/ *Jennifer L. Utrecht*
JENNIFER L. UTRECHT
 (202) 353-9039
Attorneys
Civil Division, Appellate Staff
U.S. Department of Justice
950 Pennsylvania Ave NW, Room 7710
Washington, D.C.  20530

FEBRUARY 2026

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 51 words, according to the count of Microsoft Word.

/s/ Jennifer L. Utrecht
Jennifer L. Utrecht

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2026, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

/s/ *Jennifer L. Utrecht*
Jennifer L. Utrecht