# United States Court of Appeals
## For the First Circuit

No. 25-2184

ASSOCIATION OF AMERICAN UNIVERSITIES; AMERICAN COUNCIL ON EDUCATION; ASSOCIATION OF PUBLIC AND LAND-GRANT UNIVERSITIES; ARIZONA BOARD OF REGENTS ON BEHALF OF ARIZONA STATE UNIVERSITY; BROWN UNIVERSITY; CALIFORNIA INSTITUTE OF TECHNOLOGY; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM ACTING BY AND THROUGH COLORADO STATE UNIVERSITY; CORNELL UNIVERSITY; THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS; THE JOHNS HOPKINS UNIVERSITY; UNIVERSITY OF MARYLAND, COLLEGE PARK; MASSACHUSETTS INSTITUTE OF TECHNOLOGY; UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION; UNIVERSITY OF WASHINGTON,

Plaintiffs - Appellees,

v.

US DEPARTMENT OF DEFENSE; PETE HEGSETH, in the official capacity as Secretary of the US Department of Defense,

Defendants - Appellants.

**JUDGMENT**

Entered: February 18, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Shoba Pillay
Paul D. Clement
Erin E. Murphy
Lindsay C. Harrison
James Xi
Zachary C. Schauf
Ishan Kharshedji Bhabha
Lauren J. Hartz
Elizabeth Henthorne
Kyle Raymond Eiswald
Donald Campbell Lockhart
Abraham R. George
Jennifer Utrecht
Michael McMaster
Michael Drezner
Andrew R.W. Hughes
Jessica Creighton